# EXHIBIT 2

| | |
|---|---|
| 1 | TIFFANY CHEUNG (CA SBN 211497) |
| 2 | TCheung@mofo.com<br>MORRISON & FOERSTER LLP |
| 3 | 425 Market Street,<br>San Francisco, California  94105-2482 |
| 4 | Telephone:   (415) 268-7000<br>Facsimile:    (415) 268-7522 |
| 5 | Attorneys for Defendant |
| 6 | TONAL SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TONAL SYSTEMS, INC., and DOES 1-100, inclusive,<br><br>Defendant. | Case No. **'23CV1267 JES  BGS**<br><br>**DECLARATION OF ANDREA SORIA IN SUPPORT OF DEFENDANT TONAL SYSTEMS, INC.'S NOTICE OF REMOVAL**<br><br>[28 U.S.C. § 1446(d)]<br><br>[Superior Court of California, County of San Diego; Case No. 37-2023-00023025-CU-CO-CTL] |

I, Andrea Soria, declare:

1. I am the Vice President, Legal at Tonal Systems, Inc. ("Tonal") and the facts contained in this declaration are known to me in that capacity.  If called to testify as a witness, I could and would competently testify to such matters under oath.

2. On June 9, 2023, Tonal was served with a copy of the Complaint filed in the above-captioned action.

3. In my role as Vice President, Legal, I am familiar with Tonal's corporate books and records. Tonal is incorporated under the laws of Delaware, and its principal place of business is in California, where its corporate offices are located and where its core executives and administrative functions are primarily carried out.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 7th day of July, 2023 in San Francisco, California.



Andrea Soria