**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

[Additional counsel listed on signature page]

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TONAL SYSTEMS, INC., and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 3:23-cv-1267 JES BGS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND, OR, IN THE ALTERNATIVE, TO ALLOW EXPEDITED DISCOVERY AND EXTEND PLAINTIFF'S DEADLINE TO MOVE FOR REMAND** |

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 13, 2023 at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 4B at the Edward J. Schwartz, United States District Court for the Southern District of California, 221 West Broadway, San Diego, CA 92101, Plaintiff will and hereby moves this Court for an Order remanding this matter to the Superior Court of the State of California, County of San Diego.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, arguments made at the hearing on this Motion, and all other papers, documents, and/or exhibits on file or to be filed in the action.

Dated: August 4, 2023

*/s/ Ronald A. Marron*
**LAW OFFICES OF**
**RONALD A. MARRON**
RONALD A. MARRON
*ron@consumersadvocates.com*
ALEXIS M. WOOD
*alexis@consumersadvocates.com*
KAS L. GALLUCCI
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
BRANDON M. WISE
(IL Bar # 6319580)
*bwise@peifferwolf.com*
818 Lafayette Ave.
Floor 2

St. Louis, MO 63104
Tel: (314) 833-4825

ANDREW R. TATE
(GA Bar # 518068)
*atate@peifferwolf.com*
235 Peachtree Street NE
Suite 400
Atlanta, GA 30303
Tel: (404) 282-4806

***Counsel for Plaintiff and the Proposed Class***

2

*Julie Jones v. Tonal Systems, Inc. and Does 1-100, inclusive*
Plaintiff's Notice of Motion to Remand