1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  EMANI OAKLEY (CA SBN 347705)
   EOakley@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street,
4  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:   (415) 268-7522

6  ELISABETH HUTCHINSON (*Pro Hac Vice*)
   EHutchinson@mofo.com
7  MORRISON & FOERSTER LLP
   370 Seventeenth Street, Suite 4200
8  Denver, CO 80202-5638
   Telephone:  (303) 592-1500
9  Facsimile:   (303) 592-1510

10 Attorneys for Defendant
   TONAL SYSTEMS, INC.
11

12               UNITED STATES DISTRICT COURT

13              SOUTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  JULIE JONES, individually and on behalf of all others similarly situated, | Case No. 3:23-cv-01267-JES-BGS |
| 16                Plaintiff, | **NOTICE OF DEFENDANT TONAL SYSTEMS, INC.'S MOTION TO DISMISS** |
| 17     v. | |
| 18  TONAL SYSTEMS, INC., and DOES 1-100, inclusive, | Date:  October 11, 2023<br>Time:  9:00 a.m.<br>Court: Courtroom 4B<br>Judge: Hon. James E. Simmons, Jr. |
| 19                Defendant. | |
| 20 | **JURY TRIAL REQUESTED** |

## NOTICE OF MOTION AND MOTION TO DISMISS

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on Wednesday, October 11, 2023, at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable James E. Simmons, Jr, in Courtroom 4B of the Edward J. Schwartz, United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, Defendant Tonal Systems, Inc. ("Tonal") will, and hereby does move, to dismiss the Class Action Complaint of Plaintiff Julie Jones, pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

This Motion is made on the grounds set forth in the accompanying Memorandum of Points and Authorities and is based on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Points and Authorities, the concurrently filed Request for Judicial Notice, the Declaration of Tiffany Cheung in support thereof and exhibits attached thereto, the pleadings, records, and papers on file in this action, and such other written and oral argument as may be presented to the Court.

Dated: August 28, 2023

MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
    Tiffany Cheung
    TCheung@mofo.com

*Attorney for Defendant*
TONAL SYSTEMS, INC.