**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TONAL SYSTEMS, INC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:23-cv-01267-JES-BGS<br><br>Honorable James E. Simmons, Jr.<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

# NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Julie Jones through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action. This dismissal is with prejudice as to the claims of Plaintiff and without prejudice as to the claims of putative class members, with the Parties to pay their own respective attorneys' fees and costs incurred in connection with this action.

DATED: December 4, 2024                    Respectfully Submitted,

*/s/ Brandon M. Wise*
BRANDON M. WISE
(IL Bar # 6319580)*
*bwise@peifferwolf.com*
One US Bank Plaza
Suite 1950
St. Louis, MO 63101
Tel: (314) 833-4825

ANDREW R. TATE
(GA Bar # 518068)*
*atate@peifferwolf.com*
235 Peachtree Street NE
Suite 400
Atlanta, GA 30303
Tel: (404) 282-4806

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**

RONALD A. MARRON
*ron@consumersadvocates.com*
ALEXIS M. WOOD
*alexis@consumersadvocates.com*
KAS L. GALLUCCI

kas@consumersadvocates.com
651 Arroyo Drive
San Diego, California 92103
Tel: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF RONALD A. MARRON**

*pro hac vice* granted

***Attorneys for Plaintiff and the Proposed Class***